1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DARIO OLIVAS,                                    )
                                                 )
                 Plaintiff,                       )
                                                 )
        v.                                        )          2:14-cv-1801-JCM-VCF
                                                 )
STATE OF NEVADA ex rel DEPARTMENT )              **ORDER**
OF CORRECTIONS et al.,                           )
                                                 )
                 Defendants.                      )
                                                 )
_____

  This is a 42 U.S.C. § 1983 action filed by a prisoner represented by counsel. (ECF No. 1-4).  On October 29, 2014, Defendants removed this case.  (ECF No. 1).  This case has not yet been screened.

  On February 26, 2015, Defendants filed a motion request for instructions.  (ECF No. 8).  Defendants seek guidance as to whether this case will be screened or whether they are required to file an answer at Plaintiff's request.   (*Id.* at 2).

  The Court grants Defendants' motion request for instructions.  Pursuant to 28 U.S.C. § 1915A, the Court will screen the complaint and order service upon Defendants if applicable.  Additionally, the Court will send the case to mediation if applicable.

  For the foregoing reasons, IT IS ORDERED that Defendants' motion request for instructions (ECF No. 8) is GRANTED.

      27th
  DATED: This _____ day of February, 2015.

           _____
           United States Magistrate Judge