UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DARIO OLIVAS,<br><br>　　　　　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>STATE OF NEVADA, ex rel,<br><br>　　　　　　　　　　　Defendant(s). | Case No. 2:14-CV-1801 JCM (VCF)<br><br>ORDER |

　　　　Presently before the court is plaintiff Dario Olivas' motion to amend the complaint, which contains his proposed third amended complaint. (ECF No. 26).

　　　　On June 15, 2017, this court restored plaintiff's second amended complaint and ordered that, if plaintiff wished to further amend his complaint, he was to file an appropriate motion within thirty (30) days of the date of that order. (ECF No. 23). Plaintiff has complied in a timely manner. *See* (ECF No. 26).

　　　　Additionally, the defendants in this case have filed a notice of non-opposition to the instant motion. (ECF No. 27).

　　　　Therefore, this court will grant the instant motion.

　　　　Accordingly,

　　　　IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff's motion to amend the complaint (ECF No. 26) be, and the same hereby is, GRANTED.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  IT IS FURTHER ORDERED that plaintiff shall file the third amended complaint within
2  seven (7) days of the date of this order.
3  DATED July 26, 2017.

4  _____
5  UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -