1  ADAM PAUL LAXALT
    Attorney General
2  JARED M. FROST (Bar No. 11132)
    Senior Deputy Attorney General
3  State of Nevada
    Office of the Attorney General
4  555 East Washington Avenue
    Suite 3900
5  Las Vegas, Nevada 89101
   (702) 486-3177 (phone)
6  (702) 486-3773 (fax)
   Email: jfrost@ag.nv.gov

*Attorneys for Defendants Nevada
Department of Corrections and
Nicholas Galbiso*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DARIO OLIVAS, | Case No. 2:14-cv-01801-JCM-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE** |
| STATE OF NEVADA ex rel. DEPT. OF CORRECTIONS; NICHOLAS GALBISO, individually; *et al.*, | **(First Request)** |
| Defendants. | |

Plaintiff Dario Olivas, by and through his attorney, Travis N. Barrick, Esq., and Defendants Nevada Department of Corrections and Nicholas Galbiso, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, and Jared M. Frost, Senior Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby stipulate and agree to a forty-five (45) day extension of the deadline to respond to Plaintiff's Fourth Amended Complaint.

The parties here state that there is good cause for an extension. On March 5, 2018, Plaintiff filed his Fourth Amended Complaint. ECF No. 48. Absent an extension,

Defendants Nevada Department of Corrections and Nicholas Galbiso are required to respond to the Fourth Amended Complaint by March 20, 2018. *See* FRCP 15(a)(3).

However, the Fourth Amended Complaint adds eleven (11) new parties and four (4) new claims for relief, comprising approximately ten (10) pages of new content. *Compare* ECF No. 29 (Plaintiff's Third Amended Complaint) *with* ECF No. 48. Defendants need additional time to review and investigate the new allegations and claims in the Fourth Amended Complaint, and also to complete a response. In addition, since the filing of the Fourth Amended Complaint, Plaintiff and Defendants have been working cooperatively to ensure the orderly appearance of the new parties. *See* ECF No. 51 (waivers of service). Consequently, there is good cause for a forty-five (45) day extension of the response deadline.

DATED this 20th day of March, 2018.

| GALLIAN WELKER & BECKSTROM, LC | ADAM PAUL LAXALT<br>Attorney General |
|---|---|
| By: /s/ Travis N. Barrick<br>Travis N. Barrick<br>Nevada Bar No. 9257<br>540 E. St. Louis Avenue<br>Las Vegas, NV 89104<br>*Attorneys for Plaintiff* | By: /s/ Jared M. Frost<br>Jared M. Frost<br>Nevada Bar No. 11132<br>555 E. Washington Avenue, Ste. 3900<br>Las Vegas, NV 89101<br>*Attorneys for Defendants* |

**SO ORDERED.** Defendants Nevada Department of Corrections and Nicholas Galbiso shall have until May 4, 2018, to file a response to the Fourth Amended Complaint.

DATED: March 21, 2018.

_____
UNITED STATES MAGISTRATE JUDGE