AARON D. FORD
  Attorney General
JARED M. FROST (Bar No. 11132)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Avenue
Suite 3900
Las Vegas, Nevada 89101
(702) 486-3177 (phone)
(702) 486-3773 (fax)
Email: jfrost@ag.nv.gov

*Attorneys for Defendants State of Nevada,
ex rel the Nevada Board of Prison Commissioners;
State of Nevada, ex rel the Nevada Department of
Corrections; Brian Sandoval; Adam P. Laxalt;
Barbara Cegavske; James Cox; Dwight Neven;
Anthony Scillia; Isidro Baca; Cole Morrow;
Jerry Howell; Jennifer Nash; and Nicholas
Galbiso*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DARIO OLIVAS, | Case No. 2:14-cv-01801-JCM-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| STATE OF NEVADA ex rel. DEPT. OF CORRECTIONS; NICHOLAS GALBISO, individually; *et al.*, | |
| Defendants. | |

Plaintiff Dario Olivas, by and through his attorney, Travis N. Barrick, Esq., and Defendants State of Nevada, ex rel the Nevada Board of Prison Commissioners; State of Nevada, ex rel the Nevada Department of Corrections; Brian Sandoval; Adam P. Laxalt; Barbara Cegavske; James Cox; Dwight Neven; Anthony Scillia; Isidro Baca; Cole Morrow; Jerry Howell; Jennifer Nash; and Nicholas Galbiso, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Jared M. Frost, Senior Deputy Attorney General, of the

State of Nevada, Office of the Attorney General, hereby stipulate and agree that the above-captioned matter be dismissed with prejudice, and that each party will bear their own attorney fees and costs. This stipulation is made and based on a Settlement Agreement reached by the parties. The parties further state that they have resolved this matter in its entirety, and that the Court may accordingly close the case. Defendants here notify the Court and the respective parties they are filing a motion to voluntarily dismiss their appeal concurrently with this Stipulation.

DATED this 10th day of April, 2019.

| GALLIAN WELKER & BECKSTROM, LC | AARON D. FORD<br>Attorney General |
|---|---|
| By: /s/ Travis N. Barrick<br>Travis N. Barrick<br>Nevada Bar No. 9257<br>540 E. St. Louis Avenue<br>Las Vegas, NV 89104<br>*Attorneys for Plaintiff* | By: /s/ Jared M. Frost<br>Jared M. Frost<br>Nevada Bar No. 11132<br>555 E. Washington Avenue, Ste. 3900<br>Las Vegas, NV 89101<br>*Attorneys for Defendants* |

## ORDER

**IT IS SO ORDERED**. The matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED: April 15, 2019.

_____
UNITED STATES DISTRICT JUDGE